IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CV-543-FL

| | | |
|---|---|---|
| AVX CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| CORNING INCORPORATED; | ) | |
| COMPONENTS, INCORPORATED; | ) | |
| CORNING INTERNATIONAL | ) | |
| CORPORATION; CORNING SAS; | ) | |
| CORNING LIMITED; and CORNING | ) | |
| GMBH, | ) | |
| | ) | |
| Defendants. | ) | |

This matter comes now before the court upon plaintiff's motion for sanctions and to compel discovery. (DE 59). Issues raised, discussed in part at telephonic hearing March 8, 2017, are ripe for ruling. The court allows the motion for sanctions and orders as follows:

1. Defendants shall pay to plaintiff the sum of $1,999.21 for non-refundable airline tickets; and

2. Defendants shall pay to plaintiff the sum of $5,985.00 for legal expenses accrued from March 3, 2017, up to and through conference with the court March 8, 2017, which sum exclude fees expressly related to drafting of motion in the amount of $3,087.50.

In the court's discretion, plaintiff's motion to compel is denied. The total sum of $7,984.21 is due to be paid by defendants to plaintiff within 14 days hereof.

SO ORDERED, this the 28th day of April, 2017.

_____
LOUISE W. FLANAGAN
United States District Judge