UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:15-CV-543-FL

| | |
|---|---|
| AVX CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CORNING INCORPORATED; | ) |
| COMPONENTS, INCORPORATED; | ) |
| CORNING INTERNATIONAL | ) |
| CORPORATION; CORNING SAS; | ) |
| CORNING LIMITED; and CORNING GMBH, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## ORDER GRANTING CONSENT MOTION FOR LEAVE
## TO CONDUCT DEPOSITIONS AFTER DISCOVERY DISPUTES RESOLVED

This matter is before the Court upon the Parties Consent Motion for Leave to Conduct Depositions After the Parties' Discovery Disputes are Resolved.

For good cause shown, it is therefore **ORDERED** that the Parties Consent Motion for Leave to Conduct Depositions After the Parties' Discovery Disputes are Resolved is **GRANTED**. The parties are hereby granted leave to conduct the depositions of Dennis Oldland and Larry Blue after the parties' dispute regarding the scope of those depositions is resolved, but no later than January 26, 2018.

**AND IT IS SO ORDERED.**

_____
Louise W. Flanagan
United States District Judge

_____October 25_____, 2017

PPAB 3925176v1