# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION
No. 5:15-cv-543-FL

| | |
|---|---|
| AVX CORPORATION,<br><br>　　Plaintiff,<br><br>　　v.<br><br>CORNING INCORPORATED, *et al.*,<br><br>　　Defendants. | **ORDER GRANTING THE CORNING DEFENDANTS' MOTION TO SEAL** |

This matter came before the Court on Defendants Corning Incorporated; Components, Incorporated; Corning International Corporation; Corning SAS; Corning Limited; and Corning GmbH's (collectively, the "Corning Defendants") Unopposed Motion to Seal. For good cause shown, including the terms of the Protective Order entered by this Court, the Motion is hereby **GRANTED.**

Exhibits 1 (ECF 138-1) and 3 (ECF 138-3) attached to the Declaration of Amanda L. Groves in Support of Defendants' Opposition to Plaintiff's Motion to Dismiss and/or Strike (ECF 138) are hereby sealed.

**IT IS SO ORDERED.**

Signed this the 9th day of February 2018.

_____
Hon. Louise W. Flanagan,
United States District Court Judge