# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION
# NO. 5:15-CV-543-FL

| | |
|---|---|
| AVX CORPORATION, | ) |
|     Plaintiff, | ) |
| v. | ) |
| CORNING INCORPORATED; COMPONENTS, INCORPORATED; CORNING INTERNATIONAL CORPORATION; CORNING SAS; CORNING LIMITED; and CORNING GMBH, | ) |
|     Defendants. | ) |

## ORDER GRANTING JOINT MOTION TO DESIGNATE ADDITIONAL EXPERT AND TO EXTEND CERTAIN DISCOVERY DEADLINES

This matter is before the Court upon the parties' Joint Motion to Designate Additional Expert and to Extend Certain Discovery Deadlines (the "Motion").

For good cause shown, it is therefore **ORDERED** that the Motion is **GRANTED** as follows:

1.  The parties are permitted to designate one additional expert witness to opine regarding the compound specific isotope analysis ("CSIA") of samples taken at the Property that is the subject of this lawsuit described in the October 27, 2017 Investigation Work Plan Addendum ("Addendum"). (Dkt. No. 115-2) The parties' CSIA Expert opinions shall be limited to the CSIA and any additional analysis for VOCs described in the Addendum undertaken on groundwater samples taken at the Property pursuant to the Addendum and shall provide no additional opinions.

2. The parties shall designate their CSIA Expert and serve a report from the CSIA Expert, and serve their updated expert analysis by previously designated experts, as to the additional sampling and not to any prior opinions by **March 5, 2018**.

3. The parties are permitted to take depositions of parties' respective experts (the CSIA Experts, David Duncklee, Jay Bennett, Richard Royer and Thomas Hutto) and the two lay witnesses, Dennis Oldland and Larry Blue, on or before **March 30, 2018**.

4. The parties are permitted until **March 5, 2018** to resolve or declare an impasse regarding pending discovery disputes.

**AND IT IS SO ORDERED.**

_____
Louise W. Flanagan
United States District Judge

  February 27  , 2018